**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

TYHEMM WILLIAMS, :
a/k/a Tyheem Williams, :
: Civil Action No. 10-2442 (JBS)
       Plaintiff, :
:
       v. : **ORDER**
:
WARDEN ERIC TAYLOR, et al., :
:
       Defendants. :

For the reasons expressed in the Opinion filed herewith,

IT IS on this __7th__ day of __June__, **2010**,

ORDERED that Plaintiff's application to proceed <u>in forma pauperis</u> is hereby DENIED, without prejudice; and it is further

ORDERED that the Clerk of the Court shall supply to Plaintiff a blank form Application, for use by a prisoner, to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> in a Civil Rights Case; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the Complaint or assessing a filing fee; and it is further

ORDERED that if Plaintiff wishes to reopen this action, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building and U.S. Courthouse, Fourth and Cooper Streets, Camden, New Jersey, 08101, within 30 days after the date of entry of this Order; Plaintiff's writing shall include either (1) a complete <u>in forma pauperis</u> application,

including an affidavit of indigence and a prison account statement for the six-month period immediately preceding the date of the new application, certified by the appropriate official of each prison at which the prisoner is or was confined, or (2) the $350 filing fee; and it is further

    ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

           **s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge